**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-1111**

---

RANDY L. THOMAS,

        Plaintiff - Appellant,

   v.

R. HARCOURT FULTON; JAMES HAMMOND,

        Defendants - Appellees.

---

**No. 08-1292**

---

RANDY L. THOMAS,

        Plaintiff - Appellant,

   v.

R. HARCOURT FULTON; JAMES HAMMOND,

        Defendants - Appellees.

---

**No. 08-1325**

---

RANDY L. THOMAS,

        Plaintiff - Appellant,

   v.

R. HARCOURT FULTON; JAMES HAMMOND,

        Defendants - Appellees.

---

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:07-cv-00200-GCM)

---

Submitted: June 26, 2008              Decided: July 22, 2008

---

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Randy L. Thomas, Appellant Pro Se. Sardar Mujeeb Shah-Khan, CITY ATTORNEY'S OFFICE, Charlotte, North Carolina; Mark Weston Johnson, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Randy L. Thomas appeals the district court's orders entered in his action filed pursuant to 42 U.S.C. § 1983 (2000), which (1) granted the motions to dismiss filed by R. Harcourt Fulton and James Hammond (No. 08-1111); (2) denied Thomas' motions filed pursuant to Fed. R. Civ. P. 60(b) (No. 08-1292); and (3) reimposed a prefiling injunction on remand (No. 08-1325). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Fulton, No. 3:07-cv-00200-GCM (W.D.N.C. Dec. 11, 2007; Feb. 4, 2008; Feb. 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED